1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail _steven_rohlfing.office@speakeasy.net
5
   Attorneys for Plaintiff  COLLEEN GOODBAR
6

7

8                   **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10

11

12 | COLLEEN GOODBAR,              ) Case No.:  CV 11-4572 SI
                                   )
13 |         Plaintiff,             ) STIPULATION TO EXTEND
                                   ) BRIEFING SCHEDULE
14 |    vs.                         )
                                   )
15 | MICHAEL J. ASTRUE, Commissioner )
                                   )
16 | of Social Security,            )
                                   )
17 |         Defendant              )
   |_____ )

18

19     Plaintiff Colleen Goodbar ("Plaintiff") and defendant Michael Astrue,

20 Commissioner of Social Security ("Defendant"), through their undersigned counsel

21 of record, hereby stipulate, subject to the approval of the Court, to extend the time

22 for Plaintiff to file Plaintiff's Motion for Summary Judgment to May 23, 2012; and

23 that Defendant shall have until June 22, 2012, to file his opposition, if any is

24 forthcoming.  Any reply by plaintiff will be due June 29, 2012.

25

26

1    An extension of time for plaintiff is needed due to a serious illness in
2    Counsel's family.  Counsel was recently informed that his Spouse's Stage IV breast
3    cancer which has metastasized to her liver, now has 15 tumors comprising 60% of
4    that organ.  Counsel's spouse has begun her third round of chemotherapy due to
5    progression of her cancer and a lack of positive response to the prior two
6    chemotherapy treatments.  Counsel requires the additional time to file the Opening
7    Brief to allow him to devote the appropriate time to assist his Spouse and his two
8    pre-school aged children through this obviously stressful experience.  Counsel
9    sincerely apologizes to the court for any inconvenience this may have had upon it
10   or its staff.

13   DATE: March 21, 2012,        Respectfully submitted,

14                                LAW OFFICES OF LAWRENCE D. ROHLFING

15                                   /s/ *Steven G. Rosales*
                              BY:_____
16                                Steven G. Rosales
                                  Attorney for plaintiff COLLEEN GOODBAR

18   DATED:  March 21, 2012       MELINDA L. HAAG
                                  United States Attorney
19                                DONNA L. CALVERT
                                  Acting Regional Chief Counsel, Region IX
20                                Social Security Administration

22
                                  */S/- *Tova D. Wolking*
23
                                  _____
24
                                  Tova D. Wolking
25                                Special Assistant United States Attorney
                                  Attorney for Defendant
26                                [*Via email authorization]

1     IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2 and including May 23, 2012, in which to file Plaintiff's Motion for Summary
3 Judgment; Defendant may have an extension of time to June 22, 2012 to consider
4 the contentions raised in Plaintiff's Motion for Summary Judgment, and file any
5 opposition if necessary. Any reply by plaintiff will be due June 29, 2012.

6     IT IS SO ORDERED.

7 DATE: 3/22/12

                                    *Susan Illston*

                                    THE HONORABLE SUSAN ILLSTON
                                    UNITED STATES MAGISTRATE JUDGE